UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SEDDRICK FRANKLIN, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:04CV00335 ERW |
| ) | |
| DAVE DOMIRE, ) | |
| ) | |
| Defendant(s). ) | |

## O R D E R

On October 18, 2006, due to clerk error, the above styled case was inadvertently referred to the Honorable Thomas C. Mummert.

**IT IS HEREBY ORDERED** that the magistrate judge referral in this case is **VACATED.**

Dated this 19th day of October, 2006.

JAMES G. WOODWARD, CLERK OF COURT

By: /s/ Karen Moore, Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:04cv00335 ERW.**