# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| SEDDRICK FRANKLIN, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:04CV00335 ERW |
| DAVE DORMIRE, | ) | |
| Defendant. | ) | |

## ORDER OF RECUSAL

Upon review of the pleadings, this Court finds that this matter involves a Petition for Writ of Habeas Corpus wherein the underlying action was handled by District Judge Henry E. Autrey when he was serving as a Circuit Court Judge in the City of St. Louis. Due to a possible conflict of interest in presiding over this matter, I hereby request to be recused from any further proceedings and ask that this cause be reassigned to a Judge outside the Eastern District of Missouri.

So Ordered this 19th Day of October, 2006.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE