UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SEDDRICK FRANKLIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:04-CV-335 |
| ) | |
| DAVE DORMIRE, ) | |
| ) | |
| Respondent. ) | |

### Order for Response to Petitioner's Filing

Currently before this Court is the Petitioner's motion under 28 U.S.C. § 2254. On January 25, 2008, Petitioner filed a pro se motion challenging the charging document filed in the underlying state case (doc. #20). Under Rule 5 of the Rules Governing Section 2254 cases, the Court **ORDERS** the respondent to respond to this newly filed motion. After the Respondent has responded, the Petitioner may file a reply. That reply must be filed no later than thirty (30) days after the Petitioner has responded. Rule 5(e).

**IT IS SO ORDERED.**

Dated this 19th day of March, 2008.

RODNEY S. WEBB, District Judge
United States District Court